Elnora HARRIS, appellant, v. COMMON-WEALTH of Kentucky, appellee.

Court of Appeals of Kentucky.

May 29, 1953.

Francis M. Burke, Pikeville, for appellant.

J. D. Buckman, Jr., Atty. Gen., and W. Owen Keller, Asst. Atty. Gen., for appellee.

PER CURIAM.

Judgment for possession of whisky for sale in local option territory, imposing a fine of $50 and 60 days in jail.

Appeal denied. Judgment affirmed.